| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Griffith, Thomas B. | 2. Court or Organization  US Court of Appeals for the D.C. Circuit | 3. Date of Report  8/27/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  1/1/2019 to 12/31/2019 |

**7. Chambers or Office Address**

333 Constitution Avenue, NW
Suite 3917
Washington, DC 20001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, International Advisory Board | CEELI Institute |
| 2. Director, President | The Temple and Observatory Group |
| 3. Member, Advisory Board and Imprint Board | Neal A. Maxwell Institute |
| 4. Member, Board of Directors | Historical Society of the District of Columbia Circuit |
| 5. Member, Advisory Board | BYU Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | Deseret Mutual Benefit Association (DMBA) Investment Fund (retirement plan) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 8/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Harvard Law School - Lecturer on Law salary | $28,050.00 |
| 2. 2019 | Deseret Mutual Benefit Association - Retirement Account | $18,867.60 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of the U.S. Courts | 1/2/2019 - 1/4/2019 | San Diego, CA | Attend the meeting of the Code of Conduct Committee | Airfare, baggage fee, taxi, accommodations, meals, parking, mileage |
| 2. | Harvard Law School | 1/6/2019 - 1/18/2019 | Cambridge, MA | Teach Class - "The Role of the ArSpeak at J. Reuben Clark Law Society Annual Fireside | Airfare, baggage fee, taxi, accommodations, parking, mileage |
| 3. | University of Virginia Law School | 2/28/2019 | Charlottesville, VA | Participate in conference on Originalism | Mileage, meals |
| 4. | Temple Observatory Group | 3/24/2019 - 3/25/2019 | Cambridge, MA | Participate in Temple Observatory Group meeting | Train, taxi, accommodations, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Griffith, Thomas B.** | 8/27/2020 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5. | Federalist Society | 3/28/2019 - 3/30/2019 | Idaho Falls, ID | Speak to Federalist Society members | Airfare, accommodations, meals, parking, mileage |
| 6. | Temple Observatory Group | 4/8/2019 - 4/10/2019 | New Haven, CT | Participate in Temple Observatory Group meetings | Train, taxi, accommodations, meals |
| 7. | Federalist Society | 4/10/2019 - 4/11/2019 | New Haven, CT | Speak to Yale Law School Federalist Society members | Train, accommodations, meals, mileage |
| 8. | Brigham Young University | 6/7/2019 - 6/9/2019 | Provo, UT | Attend Maxwell Institute Board Meeting and Imprint Board Meeting | Airfare, baggage fee, car rental, accommodations, meals, parking, mileage |
| 9. | Brigham Young University | 9/23/2019 - 9/26/2019 | Provo, UT | Participate in J. Clifford Wallace Lecture at BYU Law | Airfare, baggage fee, car rental, accommodations, meals, mileage, parking |
| 10. | Federalist Society | 10/25/2019 - 10/29/2019 | Stanford, CA | Speak to the Stanford Law School Federalist Society members | Airfare, baggage fee, taxis, meals, parking, mileage |
| 11. | Brigham Young University | 11/11/2019 - 11/17/2019 | Provo, UT | Attend Maxwell Institute Board Meeting, Speak to 1L students and FedSoc Group | Airfare, baggage fee, car rental, accommodations, meals, parking, mileage |
| 12. | | | | | |
| 13. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 8/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Griffith, Thomas B.** | 8/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Wells Fargo Bank Acct | A | Interest | J | T | | | | | |
| 2. Nuveen Multi-Manager Large-Cap Value A | A | Dividend | J | T | | | | | |
| 3. DMBA Investment Fund | A | Dividend | K | T | | | | | |
| 4. Edward Jones Money Market | A | Interest | J | T | | | | | |
| 5. MUTUAL FUNDS (H) | | | | | | | | | |
| 6. --Lord Abbett Fund Cl A | A | Dividend | J | T | | | | | |
| 7. --Washington Mutual Invs FD Cl A | A | Dividend | K | T | | | | | |
| 8. --Blackrock Equity Dividend | A | Dividend | J | T | Sold<br>(part) | 01/03/19 | J | A | |
| 9. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 10. | A | Dividend | J | T | Sold<br>(part) | 05/10/19 | J | A | |
| 11. | A | Dividend | J | T | Sold<br>(part) | 06/06/19 | J | A | |
| 12. --Blackrock High Yield Bond K | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 13. | A | Dividend | J | T | Sold<br>(part) | 05/10/19 | J | A | |
| 14. | A | Dividend | J | T | Sold<br>(part) | 06/06/19 | J | A | |
| 15. --Bridge Builder Core Bond | A | Dividend | K | T | Sold<br>(part) | 01/03/19 | J | A | |
| 16. | A | Dividend | K | T | Sold<br>(part) | 04/01/19 | J | A | |
| 17. | A | Dividend | K | T | Sold<br>(part) | 05/10/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Griffith, Thomas B.** | 8/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | A | Dividend | K | T | Sold<br>(part) | 06/06/19 | J | A | |
| 19.   --Bridge Builder Core Plus Bond | A | Dividend | K | T | | | | | |
| 20. | A | Dividend | K | T | Sold<br>(part) | 01/03/19 | J | A | |
| 21. | | | | | Buy<br>(add'l) | 04/03/19 | J | | |
| 22. | A | Dividend | K | T | Sold<br>(part) | 05/10/19 | J | A | |
| 23. | A | Dividend | K | T | Sold<br>(part) | 06/06/19 | J | A | |
| 24.   --Bridge Builder INTL Equity | A | Dividend | J | T | Sold<br>(part) | 01/03/19 | J | B | |
| 25. | A | Dividend | J | T | Sold<br>(part) | 05/10/19 | J | B | |
| 26. | A | Dividend | J | T | Sold<br>(part) | 06/06/19 | J | B | |
| 27.   --Bridge Builder Large Growth | C | Dividend | J | T | Sold<br>(part) | 01/03/19 | J | A | |
| 28. | C | Dividend | J | T | Sold<br>(part) | 05/10/19 | J | A | |
| 29. | C | Dividend | J | T | Sold<br>(part) | 06/06/19 | J | A | |
| 30.   --Bridge Builder Large Value | C | Dividend | K | T | Sold<br>(part) | 01/03/19 | J | A | |
| 31. | C | Dividend | K | T | Sold<br>(part) | 05/10/19 | J | A | |
| 32. | C | Dividend | K | T | Sold<br>(part) | 06/06/19 | J | A | |
| 33.   --Bridge Builder Smallmid Growth | B | Dividend | J | T | Sold<br>(part) | 01/03/19 | J | A | |
| 34. | B | Dividend | J | T | Sold<br>(part) | 05/10/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Griffith, Thomas B.** | 8/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | B | Dividend | J | T | Sold<br>(part) | 06/06/19 | J | A | |
| 36.   --Bridge Builder Smallmid Value | B | Dividend | J | T | Sold<br>(part) | 01/03/19 | J | A | |
| 37. | B | Dividend | J | T | Sold<br>(part) | 05/10/19 | J | A | |
| 38. | B | Dividend | J | T | Sold<br>(part) | 06/06/19 | J | A | |
| 39.   --Capital World Bond | B | Dividend | J | T | Sold<br>(part) | 01/03/19 | J | A | |
| 40. | B | Dividend | J | T | Sold<br>(part) | 05/10/19 | J | A | |
| 41. | B | Dividend | J | T | Sold<br>(part) | 06/06/19 | J | A | |
| 42.   --Dodge & Cox INTL Stock | A | Dividend | J | T | Sold<br>(part) | 01/03/19 | J | A | |
| 43. | A | Dividend | J | T | Sold<br>(part) | 05/10/19 | J | A | |
| 44. | A | Dividend | J | T | Sold<br>(part) | 06/06/19 | J | A | |
| 45.   --Franklin Dynatech (X) | E | Dividend | | | Sold | 04/02/19 | K | A | |
| 46.   --Franklin Mutual Global Disc A (X) | E | Dividend | K | T | | | | | |
| 47.   --Franklin VA Tax-Free Income A1 (X) | E | Dividend | | | | | | | |
| 48. | E | Dividend | | | Sold<br>(part) | 03/29/19 | K | A | |
| 49. | | | | | Sold | 06/06/19 | J | A | |
| 50.   --Janus Flexible Bond | B | Dividend | | | Sold | 04/01/19 | J | A | |
| 51.   --JPMorgan Federal Money Market Fund<br>Institutional Cl | A | Dividend | J | T | Sold<br>(part) | 01/03/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Griffith, Thomas B.** | 8/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --JP Morgan Strategic Inc Opp C (X) | D | Dividend | | | Sold | 06/05/19 | J | A | |
| 53. --Neuberger Berman Genesis | A | Dividend | J | T | Sold (part) | 01/03/19 | J | A | |
| 54. | A | Dividend | J | T | Sold (part) | 05/10/19 | J | A | |
| 55. | A | Dividend | J | T | Sold (part) | 06/06/19 | J | A | |
| 56. --Neuberger Berman High Income | A | Dividend | J | T | Sold (part) | 01/03/19 | J | A | |
| 57. | A | Dividend | J | T | Sold (part) | 05/10/19 | J | A | |
| 58. | A | Dividend | J | T | Sold (part) | 06/06/19 | J | A | |
| 59. --Prudential Total Return Bond | A | Dividend | J | T | Sold (part) | 01/03/19 | J | A | |
| 60. | A | Dividend | J | T | Sold (part) | 05/10/19 | J | A | |
| 61. | A | Dividend | J | T | Sold (part) | 06/06/19 | J | A | |
| 62. --T Rowe Price Equity Income | A | Dividend | J | T | Sold (part) | 01/03/19 | J | A | |
| 63. | A | Dividend | J | T | Sold (part) | 05/10/19 | J | A | |
| 64. | A | Dividend | J | T | Sold (part) | 06/06/19 | J | A | |
| 65. --Tiaa-Cref Mid-Cap Value C1 I (X) | A | Dividend | J | T | Sold (part) | 01/03/19 | J | A | |
| 66. | A | Dividend | J | T | Sold (part) | 06/06/19 | J | A | |
| 67. --Dimensional International Small Company Fund | A | Dividend | J | T | | | | | |
| 68. --WA Managed Municipals C (X) | E | Dividend | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 8/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 06/05/19 | K | A | |
| 70. MUNICIPAL BONDS (H) | | | | | | | | | |
| 71. --Loudoun Cnty Virginia Public Improvement Gen Oblig Ser A | A | Interest | | | Redeemed | 07/01/19 | J | A | |
| 72. --Norfolk Virginia General Oblication Cap Impt & Rfdg A | A | Interest | J | T | | | | | |
| 73. --Suffolk Virginia Refunding General Oblication | A | Interest | J | T | | | | | |
| 74. --Isle Wight County Virginia Refunding Series A Gen Oblig | A | Interest | J | T | | | | | |
| 75. --Suffolk Virginia General Obligation & Refunding | A | Interest | J | T | | | | | |
| 76. --Hampton Virginia Public Improvement General Obligation | A | Interest | J | T | | | | | |
| 77. --Virginia State Series A-2 General Oblication | A | Interest | K | T | | | | | |
| 78. --Fairfax Cnty Virginia Econ Dev Auth Fac Rev Cmnty Svcs Facs A | A | Interest | J | T | | | | | |
| 79. --Harrisonburg Virginia GO Pub Impt | A | Interest | | | Sold | 06/05/19 | J | A | |
| 80. STOCKS (H) | | | | | | | | | |
| 81. --Realty Income Corp | D | Dividend | K | T | | | | | |
| 82. --Coca-Cola Co (X) | D | Dividend | K | T | | | | | |
| 83. --Colgate Palmolive Co (X) | B | Dividend | K | T | | | | | |
| 84. | B | Dividend | K | T | Sold (part) | 06/05/19 | K | B | |
| 85. --Eli Lilly & Co (X) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Griffith, Thomas B.** | 8/27/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   --Garrett Motion Inc.(X) | A | Dividend | J | T | | | | | |
| 87.   --General Mills Inc. (X) | B | Dividend | J | T | | | | | |
| 88. | B | Dividend | J | T | Sold<br>(part) | 06/05/19 | J | A | |
| 89.   --Honeywell International Inc (X) | D | Dividend | K | T | | | | | |
| 90.   --Johnson & Johnson (X) | B | Dividend | K | T | | | | | |
| 91.   --Kimberly Clark Corp (X) | C | Dividend | K | T | | | | | |
| 92. | C | Dividend | K | T | Sold<br>(part) | 06/05/19 | J | B | |
| 93.   --Residio Technologies Inc (X) | A | Dividend | J | T | | | | | |
| 94.   --WP Carey Inc (X) | C | Dividend | L | T | | | | | |
| 95.   EXCHANGE TRADED AND CLOSED END FUNDS (H) | | | | | | | | | |
| 96.   --Sector Spdr Trust Utilities | D | Dividend | K | T | | | | | |
| 97.   LINCOLN FINANCIAL LIFE INSURANCE AMERICAN LEGACY II VARIABLE (H) | A | Dividend | | | | | | | |
| 98.   -Indiv. Fixed | | | K | T | Sold<br>(part) | 06/06/19 | K | B | |
| 99.   -AMR Grth/Inc. | | | K | T | Sold<br>(part) | 06/06/19 | J | B | |
| 100.  -AMR Growth | | | L | T | Sold<br>(part) | 06/06/19 | J | C | |
| 101.  -AMR INTL | | | K | T | Sold<br>(part) | 06/06/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Griffith, Thomas B.** | 8/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 102. -AMR Govt Aaa | | | K | T | Sold (part) | 06/06/19 | K | B | |
| 103. DFA International Small Company | A | Dividend | J | T | Sold (part) | 01/03/19 | J | A | |
| 104. | A | Dividend | J | T | Sold (part) | 05/10/19 | J | A | |
| 105. | A | Dividend | J | T | Sold (part) | 06/06/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Griffith, Thomas B.** | 8/27/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII -- Investments and Trusts

#6 -- Lord Abbett Fund C1 A was previously lised as an IRA, in error, but is a mutual fund so was moved into the mutual fund section of this report.

#7 -- Washington Mutual Invs FD C1 A was previously listed as an IRA, in error, but is a mutual fund so was moved into the mutual fund section of this report.

#65 -- TIAA-Cref Mid-Cap Value C1 I purchase was mistakenly omitted from the 2018 report. B(1) A; B(2) Dividend; D(1) Buy; D(2) 8/3/18; D(3) J.

Virginia State Housing Dev. Authority Rental was sold in 2016 and mistakenly carried forward through 2018. Entries for 2016: B(1) A; B(2) Dividence; C(1) J; C(2) T; D(1) Sold; D(2) 10/27/16; D(3) J; D(4) A.

Dimensional International Small Company Fund and DFA International are one in the same entity and were mistakenly entered as two entities in 2018.. Dimensional International Small Company Fund has been deleted and DFA International Small Company is now the correct entry.

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 8/27/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Thomas B. Griffith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544